IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JUANITA NICHOLS**                                                                           **PLAINTIFF**

**V.**                                                                     **CAUSE NO. 3:17-CV-42-CWR-FKB**

**RELIANCE STANDARD LIFE**                                                   **DEFENDANT**
**INSURANCE COMPANY**

## FINAL JUDGMENT

For the reasons stated in *Nichols v. Reliance Standard Life Ins. Co.*, 924 F.3d 802 (5th Cir. 2019), judgment is entered in favor of the defendant and this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of June, 2019.

            s/ Carlton W. Reeves
            UNITED STATES DISTRICT JUDGE