# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2019

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

        No. 18-60499    Juanita Nichols v. Reliance Standard Life
                        USDC No. 3:17-CV-42

Dear Mr. Johnston,

Enclosed is a copy of the Supreme Court order denying certiorari.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    Stacy Carpenter

                    By: _____
                    Stacy M. Carpenter, Deputy Clerk